UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMLESH BANGA, <br><br> Plaintiff, <br><br> v. <br><br> AMERIPRISE AUTO & HOME INSURANCE AGENCY AND DOES 1 through 10 inclusive, <br><br> Defendant. | No. 2:18-cv-01072 MCE AC PS <br><br><br> ORDER |

The court is in receipt of plaintiff's motion for permission for electronic case filing pursuant to Local Rule 133(b)(3). ECF No. 8. The court has reviewed the filing and, finding good cause, GRANTS plaintiff's motion. The clerk of court is hereby ordered to make the necessary arrangements to allow plaintiff to participate in electronic filing for this case.

IT IS SO ORDERED.

DATED: May 24, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE