UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMLESH BANGA, | No. 2:18-cv-01072 MCE AC |
| Plaintiff, | |
| v. | ORDER |
| AMERIPRISE AUTO & HOME INSURANCE COMPANY AND DOES 1 through 10 inclusive, | |
| Defendants. | |

Pending before the court is plaintiff's motion to amend the complaint. ECF No. 11. Plaintiff seeks to add an additional defendant, IDS Property Causality Insurance Company, to the complaint pursuant to Fed. R. Civ. Proc. 15. ECF No. 11 at 1-3. Defendants have not opposed the motion.

Motions to amend the pleadings are generally governed by the liberal standard of Rule 15(a) of the Federal Rules of Civil Procedure. Pursuant to Rule 15, "leave to amend should be granted unless amendment would cause prejudice to the opposing party, is sought in bad faith, is futile, or creates undue delay." Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 607 (9th Cir. 1992) (citing DCD Programs, Ltd. v. Leighton, 833 F.2d 183, 185-87 (9th Cir. 1987)). Under Rule 15(a)(2), a party may amend its pleading with the court's leave, which should be freely given "when justice so requires." Fed. R. Civ. P. 15(a)(2).

1

1       Review of the motion shows that plaintiff's proposed amendment is appropriate.  The original complaint as well as the proposed first amended complaint are very similar in content and appear to stem from the same set of facts and/or occurrences.  Plaintiff further states that newly acquired information has informed her that defendant Ameriprise Auto & Home Insurance Company is a subsidiary to the parent company, IDS Property Causality Insurance Company. ECF No. 11 at ¶1-2.  Moreover, defendant Ameriprise Auto & Home Insurance has not opposed the motion and it does not appear that that the amendment would prejudice the defendant. Accordingly, the court will grant plaintiff's motion to amend.

      Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to amend the complaint (ECF No. 11) is GRANTED; and
2. The Clerk of the Court is directed to file the first amended complaint located at ECF No 11 at 5-23 as a separate document which will be the operative complaint in this matter.

IT IS SO ORDERED.

DATE: October 10, 2018

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE