1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                      FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   KAMLESH BANGA,                          No.  18-cv-01072 MCE AC

11              Plaintiff,

12        v.                                 ORDER

13   AMERPRISE AUTO & HOME
     INSURANCE COMPANY, IDS
14   PROPERTY CAUSALITY INSURANCE
     COMPANY AND DOES 1 through 10
15   inclusive,

16              Defendants.

17

18        This case is before the undersigned pursuant to Local Rule 302(c)(21).  On November 14,

19   2018, this case came before the undersigned for a status (pretrial) conference.  Plaintiff Kamlesh

20   Banga ("plaintiff") appeared telephonically in pro se, and Jennifer N. Wahlgreen appeared

21   telephonically on behalf of defendants Ameriprise Auto & Home Insurance Company and IDS

22   Property Causality Insurance Company ("defendants").

23        In their status conference statements and at the status conference, the parties requested to

24   participate in mediation through the court's Voluntary Dispute Resolution Program ("VDRP").

25   Accordingly, in the interest of avoiding the accumulation of fees and costs through potentially

26   unnecessary discovery and motion practice, and to allow the parties sufficient time to pursue an

27   early informal resolution of this matter, IT IS HEREBY ORDERED that:

28        1.  This action is STAYED pending further order of the court.

                                               1

2. The parties are directed to promptly meet and confer to discuss settlement of this action. Settlement discussions require focus and preparation and should involve the attorneys who will try the case and the person or persons having full authority to negotiate and settle the case on any terms. Plaintiff should initiate settlement discussions by providing a written itemization of damages and a meaningful settlement demand that includes an explanation of why the demand is appropriate. Defendant should respond with an acceptance of the offer or with a meaningful counteroffer, and which includes an explanation of why the counteroffer is reasonable. The parties should continue in this way until they reach settlement or have exhausted informal settlement efforts.

3. If the parties have not been able to informally reach a settlement within 45 days, the parties shall initiate participation in the court's Voluntary Dispute Resolution Program ("VDRP") by contacting the court's VDRP administrator, Sujean Park, at (916) 930-4278 or SPark@caed.uscourts.gov.[1]

4. The parties shall carefully review and comply with Local Rule 271, which outlines the specifications and requirements of the VDRP.

5. No later than fourteen (14) days after completion of the VDRP session, the parties shall jointly file their VDRP Completion Report, consistent with Local Rule 271(o).

6. If VDRP fails, the court will promptly issue a scheduling order without a status (pretrial) conference.

IT IS SO ORDERED.

DATED: November 14, 2018

_Allison Claire_

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] The resources of the VDRP program are limited, and the parties are expected to make good faith efforts to timely and fully exhaust informal settlement efforts prior to initiating participation in the VDRP. The court will look with disfavor upon parties stalling or failing to participate in the above-mentioned initial informal discussions, prompting potentially unnecessary participation in the VDRP and straining the program's resources.