UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMLESH BANGA, | No. 2:18-cv-01072 MCE AC PS |
| Plaintiff, | |
| v. | ORDER |
| AMERIPRISE AUTO & HOME INSURANCE AGENCY, et al., | |
| Defendants. | |

Plaintiff is proceeding in this action pro se. The action was accordingly referred to the undersigned by Local Rule 302(c)(21). On November 15, 2018, the court stayed this case and instructed the parties to attempt to reach an informal settlement within 45 days, and to initiate participation in the court's Voluntary Dispute Resolution Program ("VDRP") if an agreement was not reached. ECF No. 20. Those deadlines have come and gone with no action from the parties.

Plaintiff now moves for a 90-day extension of time for informal negotiations. ECF No. 24. Defendant does not oppose a shorter extension of time, but argues 90 days is excessive. ECF No. 25. Defendant also notes that plaintiff has not complied with the obligation to initiate settlement discussions by providing a written itemization of damages and a meaningful settlement demand that includes an explanation of why that demand is appropriate. Id. at 2.

////

1

Good cause appearing, IT IS HEREBY ORDERED that Plaintiff's motion for an extension (ECF No. 24) is GRANTED IN PART as follows:

1. Plaintiff shall provide defendant with an itemization of damages and a settlement demand that includes an explanation of why that demand is appropriate, no later than March 7, 2019;
2. This case will enter VDRP on March 21, 2019, unless the parties affirmatively notify the court's VDRP administrator prior to that date that a final settlement has been reached.

DATED: February 28, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE