1 | JORDAN S. ALTURA (SBN: 209431)
jaltura@grsm.com
2 | JENNIFER N. WAHLGREN (SBN: 249556)
jwahlgren@grsm.com
3 | GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
4 | San Francisco, CA 94111
Telephone: (415) 986-5900
5 | Facsimile: (415) 986-8054

6 | Attorneys for Defendants
AMERIPRISE AUTO & HOME INSURANCE AGENCY, INC. and
7 | IDS PROPERTY CASUALTY INSURANCE COMPANY

8 | Kamlesh Banga
P.O. Box 5656
9 | Vallejo, CA 94591
Telephone: (707) 342 – 1692

PLAINTIFF IN PRO PER

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMLESH BANGA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>AMERIPRISE AUTO & HOME INSURANCE AGENCY AND DOES 1 through 10 inclusive<br><br>　　　　Defendant. | Case No. 2:18-cv-01072-MCE-AC<br><br>**STIPULATION TO SELECT NEW MEDIATOR AND CONTINUE THE DEADLINE TO COMPLETE MEDIATION; [PROPOSED] ORDER** |

STIPULATION TO SELECT NEW MEDIATOR AND EXTEND TIME TO COMPLETE MEDIATION; [PROPOSED] ORDER

1    Plaintiff Kamlesh Banga, in pro per ("Banga"), and Defendants Ameriprise Auto & Home
2 Insurance Agency, Inc. and IDS Property Casualty Insurance Company (collectively
3 "Ameriprise"), by and through their attorneys of record, hereby stipulate as follows:

4    WHEREAS, Banga and Ameriprise selected John Whitesides as their mediator through the
5 Voluntary Dispute Resolution Program ("VDRP"). According to the local rules, the deadline for
6 the parties to complete the VDRP session is July 11, 2019. Local Rule 271(j)(1).

7    WHEREAS, Mr. Whitesides disclosed potential conflicts of interest with this matter to
8 Banga and Ameriprise;

9    WHEREAS, Banga and Ameriprise have met and conferred, and agree that a new neutral
10 should be appointed through the VDRP. Banga and Ameriprise also agree the deadline to complete
11 the VDRP session should be continued by 45 days to allow additional time for the parties to appoint
12 a new neutral and schedule the VDRP session.

13    THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

14    John Whitesides should be dismissed as the appointed neutral in this case and a new
15 mediator should be selected through the VDRP. The deadline to complete the VDRP session
16 should be continued by 45 days to August 26, 2019.

17    SO STIPULATED.

Dated: June 13, 2019

By  /s/ *Kamlesh Banga* (as authorized on 6/13/19)
　　　Kamlesh Banga
PLAINTIFF IN PRO PER


Dated: June 13, 2019                GORDON REES SCULLY MANSUKHANI, LLP


By  /s/ *Jennifer N. Wahlgren*
　　　Jordan S. Altura
　　　Jennifer N. Wahlgren
Attorneys for Defendants
AMERIPRISE AUTO & HOME INSURANCE
AGENCY, INC. and IDS PROPERTY
CASUALTY INSURANCE COMPANY

- 1 -
STIPULATION TO SELECT NEW MEDIATOR AND EXTEND TIME TO COMPLETE
MEDIATION; [PROPOSED] ORDER

# [PROPOSED] ORDER

Pursuant to the above Stipulation entered into by the parties,

IT IS HEREBY ORDERED:

John Whitesides shall be dismissed as the appointed neutral and a new mediator shall be selected through the VDRP. The deadline to complete the VDRP session shall be continued by 45 days to August 26, 2019.

**IT IS SO ORDERED.**

Dated: June 14, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE