UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMLESH BANGA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AMERIPRISE AUTO INSURANCE AGENCY, et al.,<br><br>　　　　Defendants. | No.  2:18-cv-01072 MCE AC PS<br><br><br>ORDER |

Plaintiff is proceeding pro se, and the action was accordingly referred to the undersigned by Local Rule 302(c)(21).  The parties have stipulated to modify the discovery deadlines such that motions for discovery would be heard by December 16, 2020, and discovery shall be complete by January 8, 2021.  ECF No. 55.  The parties wish to maintain all other current deadlines.

While the court agrees, based on the stipulation, that an extension of the discovery deadlines is appropriate, the suggested deadlines cannot coexist with the current dispositive motion deadline of December 28, 2020.  ECF No. 37.  Thus, the court will re-set that deadline as well.  There is no trial date or pre-trial conference currently set in this case; these will be set as necessary following the completion of dispositive motions.

////

1

Based on the foregoing, the court hereby ORDERS as follows:

1. All discovery in this case must be complete by January 8, 2021. All motions related to discovery must be heard by December 16, 2020.
2. Dispositive motions shall be heard by February 26, 2021.
3. The parties shall file a Joint Notice of Trial Readiness not later than thirty (30) days after receiving this Court's ruling on the last filed dispositive motion

IT IS SO ORDERED.

DATED: September 17, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE