1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KAMLESH BANGA,                          No.  2:18-cv-01072 MCE AC PS

12              Plaintiff,

13        v.                                 ORDER

14   AMERIPRISE AUTO & HOME
     INSURANCE AGENCY, INC., et al.,
15
16              Defendants.

17

18        Plaintiff is proceeding pro se, and the action was accordingly referred to the undersigned

19   by Local Rule 302(c)(21).  There has been substantial motion practice on the issue of the proper

20   corporate name of defendant Ameriprise Auto & Home Insurance Agency, Inc.  Plaintiff filed a

21   proposed Third Amended Complaint ("TAC") naming Ameriprise Auto & Home Insurance

22   Agency, Inc. and IDS Property Casualty Insurance Company ("IDS") as defendants but referring

23   in the body of the complaint to "Ameriprise Auto & Home Insurance."  ECF No. 62-5 at 1.

24   Defendants filed a limited opposition to the TAC, stating they did not oppose it substantively, but

25   objecting to the reference to "Ameriprise Auto & Home Insurance" because it is only a brand

26   marketing name, not an actual corporate name.  ECF No. 66 at 2.  Plaintiff submitted a Revised

27   Proposed Third Amended Complaint ("RTAC") to correct the name.  ECF No. 67-3.

28   ////

1

1       Because there is no substantive dispute, the court GRANTS plaintiff's motion to amend

2    (ECF No. 62) and accepts the Revised Proposed Third Amended Complaint (ECF No.67-3) as

3    operative, while noting that the only two defendants in this case are Ameriprise Auto & Home

4    Insurance Agency, Inc. and IDS Property Casualty Insurance Company ("IDS").  Any shorthand

5    reference in the RTAC or in the remainder of this litigation to "Ameriprise" shall be construed

6    and understood as a reference to Ameriprise Auto & Home Insurance Agency, Inc.  Defendants'

7    motion to strike (ECF No. 58) is DENIED as MOOT.

8       IT IS SO ORDERED.

9    DATED: November 24, 2020

10                  ALLISON CLAIRE

11                  UNITED STATES MAGISTRATE JUDGE