JORDAN S. ALTURA  (SBN: 209431)
jaltura@grsm.com
JENNIFER N. WAHLGREN  (SBN: 249556)
jwahlgren@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054

Attorneys for Defendants
AMERIPRISE AUTO & HOME INSURANCE AGENCY, INC. and
IDS PROPERTY CASUALTY INSURANCE COMPANY

Kamlesh Banga
P.O. Box 5656
Vallejo, CA 94591
Telephone: (707) 342 – 1692

PLAINTIFF IN PRO PER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| KAMLESH BANGA, | Case No. 2:18-cv-01072-MCE-AC |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND DEADLINES FOR DEPOSITIONS AND DISPOSITIVE MOTIONS; [PROPOSED] ORDER** |
| vs. | |
| AMERIPRISE AUTO & HOME INSURANCE AGENCY AND DOES 1 through 10 inclusive | |
| Defendant. | |

STIPULATION TO EXTEND DEADLINES FOR DEPOSITIONS AND DISPOSITIVE
MOTIONS; [PROPOSED] ORDER

Plaintiff Kamlesh Banga, in pro per ("Banga"), and Defendants Ameriprise Auto & Home Insurance Agency, Inc. and IDS Property Casualty Insurance Company ("IDS") (collectively "Defendants"), by and through their attorneys of record, hereby stipulate as follows:

WHEREAS, on December 17, 2020, the Court issued an order that extended the discovery deadline to March 3, 2021, and the deadline for dispositive motions to April 7, 2021. (ECF No. 91.) No trial date has been set for this action.

WHEREAS, IDS' witnesses[1] are directly involved in handling extensive claims resulting from the catastrophic freeze and power shut off events that recently occurred in Texas. It would be overly burdensome on the witnesses to prepare and sit for deposition within the next few weeks, while they are working to compensate victims.

WHEREAS, the parties have met and conferred, and agree that Banga should be permitted to take the Rule 30(b)(6) depositions of Defendants after the close of discovery. The parties agree that Banga should have until May 3, 2021 to complete the Rule 30(b)(6) depositions of Defendants, and the deadline for hearings on dispositive motions should be continued to June 9, 2021.

WHEREAS, the parties are not requesting a continuance of any other deadlines, including the deadline to complete discovery other than the Rule 30(b)(6) depositions of Defendants.

WHEREAS, this is the parties' second stipulation for a continuance of deadlines.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

Banga should have until May 3, 2021 to complete the Rule 30(b)(6) depositions of Defendants and the deadline for hearings on dispositive motions should be continued to June 9, 2021.

SO STIPULATED.

Dated: February 23, 2021

By  /s/ Kamlesh Banga (as authorized on 2.23.21)
Kamlesh Banga
PLAINTIFF IN PRO PER

---

[1] One of IDS' Rule 30(b)(6) witnesses has also been designated as the Rule 30(b)(6) witness on behalf of Agency.

Dated: February 23, 2021                GORDON REES SCULLY MANSUKHANI, LLP


By _/s/ Jennifer N. Wahlgren_
Jordan S. Altura
Jennifer N. Wahlgren
Attorneys for Defendants
AMERIPRISE AUTO & HOME INSURANCE AGENCY, INC. and IDS PROPERTY CASUALTY INSURANCE COMPANY

### [~~PROPOSED~~] ORDER

The Court, having reviewed the stipulation, hereby finds good cause to modify the Status Order in this action as follows: Banga shall have until May 3, 2021 to conduct the Rule 30(b)(6) depositions of Defendants and the deadline for hearings on dispositive motions shall be continued to June 9, 2021.

**IT IS SO ORDERED.**

Dated: February 24, 2021

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111