JORDAN S. ALTURA  (SBN: 209431)
jaltura@grsm.com
JENNIFER N. WAHLGREN  (SBN: 249556)
jwahlgren@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054

Attorneys for Defendants
AMERIPRISE AUTO & HOME INSURANCE AGENCY, INC. and
IDS PROPERTY CASUALTY INSURANCE COMPANY

Kamlesh Banga
P.O. Box 5656
Vallejo, CA 94591
Telephone: (707) 342 – 1692

PLAINTIFF IN PRO PER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| KAMLESH BANGA, | Case No. 2:18-cv-01072-MCE-AC |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND DEADLINES FOR DEPOSITIONS AND DISPOSITIVE MOTIONS; [PROPOSED] ORDER** |
| vs. | |
| AMERIPRISE AUTO & HOME INSURANCE AGENCY AND DOES 1 through 10 inclusive | |
| Defendant. | |

STIPULATION TO EXTEND DEADLINES FOR DEPOSITIONS AND DISPOSITIVE MOTIONS; ORDER

Plaintiff Kamlesh Banga, in pro per ("Banga"), and Defendants Ameriprise Auto & Home Insurance Agency, Inc. and IDS Property Casualty Insurance Company ("IDS") (collectively "Defendants"), by and through their attorneys of record, hereby stipulate as follows:

WHEREAS, on February 24, 2021 pursuant to the parties' stipulation, the Court issued an order extending until May 3, 2021, the deadline for Banga to take the Rule 30(b)(6) depositions of Defendants. ("Order"; ECF No. 119.) The Court also continued the deadline for hearings on dispositive motions to June 9, 2021.

WHERAS, following entry of the Order, counsel for Defendants unexpectedly needed to go on medical leave.  Counsel anticipates returning to work within the next 30-45 days.

WHEREAS, the parties have met and conferred, and agree that due to counsel's medical leave, it is necessary to continue the deposition and dispositive motion deadlines.  The parties therefore agree that, with the Court's approval, Banga should have until June 17, 2021 to complete the Rule 30(b)(6) depositions of Defendants, and the deadline for hearings on dispositive motions should be continued to August 4, 2021.

WHEREAS, the parties are not requesting a continuance of any other deadlines.

WHEREAS, this is the parties' third stipulation for a continuance of deadlines.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

Banga should have until June 17, 2021 to complete the Rule 30(b)(6) depositions of Defendants and the deadline for hearings on dispositive motions should be continued to August 4, 2021.

SO STIPULATED.

Dated: April 15, 2021          By  /s/ *Kamlesh Banga* (as authorized on 4/15/21 )
                                   Kamlesh Banga
                                   PLAINTIFF IN PRO PER

Dated:  April 15, 2021         GORDON REES SCULLY MANSUKHANI, LLP

                               By  /s/ *Jordan S. Altura*
                                   Jordan S. Altura
                                   Jennifer N. Wahlgren
                                   Attorneys for Defendants
                                   AMERIPRISE AUTO & HOME INSURANCE AGENCY, INC. and IDS PROPERTY CASUALTY INSURANCE COMPANY

- 1 -
STIPULATION TO EXTEND DEADLINES FOR DEPOSITIONS AND DISPOSITIVE MOTIONS; ORDER

# [PROPOSED] ORDER

The Court, having reviewed the stipulation, hereby finds good cause to modify the Status Order in this action as follows: Banga shall have until June 17, 2021 to conduct the Rule 30(b)(6) depositions of Defendants and the deadline for hearings on dispositive motions shall be continued to August 4, 2021.

**IT IS SO ORDERED.**

Dated: April 19, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE