JORDAN S. ALTURA  (SBN: 209431)
jaltura@grsm.com
JENNIFER N. WAHLGREN  (SBN: 249556)
jwahlgren@grsm.com
JAMES L. ELLISON  (SBN: 302372)
jlellison@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054

Attorneys for Defendants
AMERIPRISE AUTO & HOME INSURANCE AGENCY, INC. and
IDS PROPERTY CASUALTY INSURANCE COMPANY

Kamlesh Banga
P.O. Box 5656
Vallejo, CA 94591
Telephone: (707) 342-1692

PLAINTIFF IN PRO PER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMLESH BANGA, | Case No. 2:18-cv-01072-MCE-AC PS |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANTS AMERIPRISE AUTO & HOME INSURANCE AGENCY, INC. AND IDS PROPERTY CASUALTY INSURANCE COMPANY TO FILE THEIR REPLIES IN SUPPORT OF THEIR RESPECTIVE MOTIONS FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION; [PROPOSED] ORDER** |
| vs. | |
| AMERIPRISE AUTO & HOME INSURANCE AGENCY AND DOES 1 through 10 inclusive | |
| Defendant. | |

Plaintiff Kamlesh Banga, in pro per ("Plaintiff") and Defendants Ameriprise Auto & Home Insurance Agency, Inc. and IDS Property Casualty Company (collectively, "Defendants"), by and through their counsel of record, hereby stipulate as follows:

- 1 -
STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE THEIR REPLIES IN SUPPORT OF THEIR MOTIONS FOR SUMMARY JUDGMENT/ADJUDICATION; ORDER

WHEREAS, Plaintiff's oppositions to Defendants' motions for summary judgment were due by 4:30 p.m. on August, 4, 2021;

WHEREAS, none of Plaintiff's opposition papers were filed by 4:30 p.m. on August 4, 2021.  Plaintiff filed some opposition papers on August 5, 2021, and Defendants received an ECF notice for one of Plaintiff's filings as recently as Friday, August 6, 2021;

WHEREAS, Defendants' replies to their respective motions for summary judgment are currently due on Wednesday, August 11, 2021;

WHEREAS, the parties met and conferred and agreed that Defendants should have additional time to prepare their replies in support of their motions for summary judgment;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

Defendants should have until 11:59 p.m. on Friday, August 13, 2021, to file replies to their respective Motions for Summary Judgment or, in the Alternative, Summary Adjudication.

IT IS SO STIPULATED.

Dated: August 9, 2021            By  /s/ Kamlesh Banga (as authorized on 8/9/21)
                                     Kamlesh Banga
                                     PLAINTIFF IN PRO PER


Dated:  August 9, 2021           GORDON REES SCULLY MANSUKHANI, LLP


                                 By  /s/ Jennifer N. Wahlgren
                                     Jordan S. Altura
                                     Jennifer N. Wahlgren
                                     James L. Ellison
                                 Attorneys for Defendants
                                 AMERIPRISE AUTO & HOME INSURANCE
                                 AGENCY, INC. and IDS PROPERTY
                                 CASUALTY INSURANCE COMPANY

///

///

///

///

- 2 -
STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE THEIR REPLIES IN SUPPORT OF THEIR MOTIONS FOR SUMMARY JUDGMENT/ADJUDICATION; ORDER

*Gordon Rees Scully Mansukhani, LLP*
*275 Battery Street, Suite 2000*
*San Francisco, CA 94111*

## [PROPOSED] ORDER

The Court, having reviewed the foregoing Stipulation, hereby finds good cause to extend the date whereby Defendants Ameriprise Auto & Home Insurance Agency, Inc. and IDS Property Casualty Company may file replies to their respective Motions for Summary Judgment or, in the Alternative, Summary Adjudication, by 11:59 p.m. on August 13, 2021.

IT IS SO ORDERED.

Dated: August 10, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE THEIR REPLIES IN SUPPORT OF THEIR MOTIONS FOR SUMMARY JUDGMENT/ADJUDICATION; ORDER