UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMLESH BANGA,<br><br>Plaintiff,<br><br>v.<br><br>AMERIPRISE AUTO & HOME INSURANCE AGENCY, INC., et al.,<br><br>Defendants. | No. 2:18-cv-01072 MCE AC PS<br><br><br><br>ORDER |

Plaintiff is proceeding pro se, and the action was accordingly referred to the undersigned by Local Rule 302(c)(21). Pending before the court are two fully briefed motions for summary judgment brought by defendants. ECF Nos. 124, 125. Plaintiff moved to strike portions of each defendants' reply briefs to these motions or, in the alternative, leave to file a surreply. ECF No. 141, 142. Having reviewed plaintiff's motions and the documents in question, the undersigned concludes that it is in the interest of justice to allow plaintiff to file a single surreply limited to no more than 15 pages. The surreply should address only the issues raised in plaintiff's motions to strike. Upon receipt of the surreply, the court will consider the motions for summary judgment and issue a ruling on the merits.

Plaintiff's motions at ECF No. 141 and 142 are GRANTED insofar as plaintiff is permitted to file a surreply, limited to 15 pages, within 14 days of this order.

1

1    IT IS SO ORDERED.

2 DATED: September 16, 2021.

3

4

ALLISON CLAIRE
5 UNITED STATES MAGISTRATE JUDGE