UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMLESH BANGA, | No. 2:18-cv-01072 MCE AC |
| Plaintiff, | |
| v. | ORDER |
| AMERIPRISE AUTO & HOME INSURANCE AGENCY, et al., | |
| Defendants. | |

On September 16, 2021, plaintiff filed a motion to exceed the court's page limit requirements to file a motion for sanctions. ECF No. 155. Plaintiff estimated that she would need 35 pages instead of 25, asserting the additional pages were necessary because she was requesting sanctions against both defendants in one motion. Id. at 2. On October 13, 2021, plaintiff filed a second motion to exceed the page limit to file a motion for sanctions, this time stating that she had underestimated her needs and would require 45 pages rather than 35. ECF No. 159. As justification for the extra pages, she stated she "believes that a fully explained motion for sanctions will encourage defendants to withdraw all the offending materials from their pleadings and ultimately it would save the judicial resources." Id. at 2. On November 4, 2021, plaintiff filed a 45-page motion for sanctions, accompanied by a 268-page declaration. ECF Nos. 160-1, 160-2.

1   The undersigned's standing orders, which are readily available on the court's website, limit motion briefing in the non-joint statement context to 20 pages.[1]  Neither of plaintiff's motions to exceed the page limit have merit.  Her hope that an over-length motion will cause defendants to withdraw some of their arguments and/or filings is not sufficient.  The motions to file an overlength brief (ECF Nos. 155 and 159) are therefore DENIED.  The motion for sanctions (ECF No. 160) is likewise DENIED for failure to comply with the undersigned's filing requirements.

IT IS SO ORDERED.

DATED: November 16, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] http://www.caed.uscourts.gov/caednew/index.cfm/judges/all-judges/united-states-magistrate-judge-allison-claire-ac/