UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMLESH BANGA, | No. 2:18-cv-01072 MCE AC PS |
| Plaintiff, | |
| v. | ORDER |
| AMERIPRISE AUTO & HOME INSURANCE AGENCY and IDS PROPERTY CASUALTY INSURANCE COMPANY, | |
| Defendants. | |

Plaintiff proceeds in this action in pro per. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On November 15, 2021, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to the parties that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 162. Plaintiff has filed objections to the findings and recommendations. ECF No. 164 & 165. Defendant has filed a response to the objections. ECF 166. Plaintiff has filed a reply to the response. ECF 171.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 15, 2021, are adopted in full; and

2. Defendant's motions for summary judgment (ECF No. 124 and 125) are GRANTED, the judgment is entered in favor of all defendants, and this case is closed.

IT IS SO ORDERED.

Dated: February 22, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE