UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMLESH BANGA,<br><br>Plaintiff,<br><br>v.<br><br>AMERIPRISE AUTO & HOME INSURANCE AGENCY and IDS PROPERTY CASUALTY INSURANCE COMPANY,<br><br>Defendants. | No.  2:18-cv-01072 MCE AC PS<br><br><br><br>ORDER |

Defendants' Bill of Costs (ECF No. 187) is supported by the record and requests recovery of appropriate costs.  Plaintiffs' request to stay resolution of this issue pending resolution of here appeal is DENIED, and costs are taxed against her in the amount of $5,618.29.

IT IS SO ORDERED.

Dated:  May 12, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1